No. 405. LYKES BROTHERS RIPLEY STEAMSHIP CO. v. SMITH. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Cir-

cuit denied. *Messrs. George H. Terriberry* and *Jos. M. Rault* for petitioner. No appearance for respondent.